UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KENNETH PELLETIER, | ) |
| | ) |
| Petitioner, | ) |
| v. | )  No.  2:12-cr-00119-GZS |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 71) filed November 14, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

1. It is **ORDERED** that Petitioner's Motion for Habeas Relief under 28 U.S.C. §2255 is **DENIED**.

2. It is **ORDERED** that the request for an evidentiary hearing is **DENIED** as it is not warranted under Rule 8 of the Rules Governing Section 2255 Cases;

3. It is **ORDERED** that a certificate of appealability is **DENIED** pursuant to Rule 11 of the Rules Governing Section 2255 Cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c)(2).

/s/ George Z. Singal
United States District Judge

Dated this 8th day of December, 2017.